1  VERNON C. GOINS II (SBN 195461)
   VERONICA H. GARCIA (SBN 215216)
2  GOINS & ASSOCIATES
3  A Professional Law Corporation
   1330 Broadway, Suite 930
4  Oakland, CA 94612
   Telephone:   (510) 663-3700
5  Facsimile:   (510) 663-3710
6  E-mail:      vgoins@goinslawfirm.com

7  Attorneys for Defendant
   TESFAYE BEYNE, individually and d/b/a
8  SHASHAMENE INTERNATIONAL BAR & GRILL
9  a/k/a SHASHAMENE ETHIOPIAN RESTAURANT
   & LOUNGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., ) | No. C12-5782 |
| ) | |
| Plaintiff, ) | **[PROPOSED]** ORDER RE STIPULATION |
| ) | RE EXTENSION FOR DEFENDANT TO |
| v. ) | FILE ANSWER |
| ) | |
| TESFAYE BEYNE, individually and ) | |
| d/b/a SHASHAMENE ) | |
| INTERNATIONAL BAR & GRILL ) | |
| a/k/a SHASHAMENE ETHIOPIAN ) | Complaint Filed:  November 9, 2012 |
| RESTAURANT & LOUNGE ) | Trial Date:  (None Set) |
| ) | |
| Defendants. ) | |
| ) | |

**[PROPOSED] ORDER**
J&J Sports Productions, Inc. v. Tesfaye Beyene, et al.
United States Northern District Court  Case No. C12-5782
- 1 -

## [PROPOSED] ORDER

The Court, having reviewed the Stipulation granting Defendant an extension until January 28, 2013 to file his Answer to Plaintiff's Complaint, while settlement discussions are had, and granting Defendant the right to demand the filing of Defendant's Answer to Plaintiff's Complaint with 5 days notice to Defendant, and Good Cause appearing therefore, makes the following Order:

Defendant's Answer to Plaintiff's Complaint must be filed with the Court no later than January 28, 2013, unless Plaintiff files and serves a demand , in which case, Defendant's deadline to file his Answer will be 5 days from the filing and service of the demand.

IT IS SO ORDERED.

Dated: January 11, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA