Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **Case No. 3:12-cv-05782-MMC** |
| **Plaintiff,** | **PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE FOR CASE MANAGEMENT CONFERENCE; and ORDER** |
| **vs.** | ~~**(Proposed)**~~ **DIRECTING ALL COUNSEL TO APPEAR TELEPHONICALLY** |
| **TESFAYE BEYENE,** | **DATE:  Friday, February 22, 2013** |
| **Defendant.** | **TIME:   10:30 A.M.** |

**TO THE HONORABLE MAXINE M. CHESNEY, THE DEFENDANT, AND THEIR ATTORNEY(S) OF RECORD:**


    The undersigned counsel for Plaintiff J & J Sports Productions, Inc., respectfully requests the opportunity to appear telephonically for the upcoming Case Management Conference presently scheduled for Friday, February 22, 2013 at 10:30 A.M.

    This request is necessitated by the fact that Plaintiff's counsel's law firm is located in South Pasadena, Los Angeles County, outside the San Francisco Division of this Honorable Court.

///

///

///

In addition, Plaintiff's counsel is also scheduled to appear for two (2) Initial Scheduling Conference in two (2) different signal piracy matters before the Honorable Jennifer L. Thurston, in the matters of *J&J Sports Productions, Inc. v. Kooner,* Case No. 1:12-cv-01842-AWI-JLT and *J&J Sports Productions, Inc. v. Corona,* Case No. 1:12-cv-01844-AWI-JLT in the Bakersfield Division of the U.S.D.C, Eastern District of California, at 8:30 AM and 9:00 AM (PST) respectively on that very same day as well.[1]

Moreover, on Friday, February 1, 2013, Plaintiff's lead trial counsel was released from Keck Hospital of the University of Southern California after being re-admitted to address complications of right knee replacement surgery that was originally performed by Doctor Lawrence D. Dorr, M.D. on January 8, 2013. By all indications, Plaintiff's counsel will be incapable of airline travel until the very end of February 2013.

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's counsel be permitted to appear by telephone for the Case Management Conference presently scheduled for Friday, February 22, 2013 at 10:30 A.M.

Respectfully submitted,

Date:   February 20, 2013

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///

---

[1] Plaintiff's counsel will appear by telephone to the upcoming Initial Scheduling Conferences before the Honorable Jennifer L. Thurston on February 22, 2013.

1

## **ORDER** (Proposed)

2

                   all

3         It is hereby ordered that ~~Thomas P. Riley, Plaintiff's lead trial~~ counsel in civil action

4 number 3:12-cv-05782-MMC styled *J & J Sports Productions, Inc. v. Beyene,* ~~is hereby granted~~

  shall

5 ~~permission to~~ appear telephonically at the Case Management Conference presently scheduled for

6 Friday, February 22, 2013 at 10:30 A.M.

7

8

9

**IT IS SO ORDERED**:

10

11

12                                                Dated: February 20, 2013

13 **THE HONORABLE MAXINE M. CHESNEY**

**United States District Court**

14 **Northern District of California**

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///