IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br> v. <br><br> TESFAYE BEYENE, <br><br> Defendant. / | No. C-12-5782 MMC <br><br> **ORDER VACATING REMAINING PRETRIAL DEADLINES AND DATES AND TRIAL DATE; DIRECTING PARTIES TO FILE JOINT STATUS REPORT** |

Before the Court is plaintiff J & J Sports Productions, Inc.'s "Request for Judicial Notice of Settlement," filed August 20, 2013, in which plaintiff states the parties have settled the above-titled action and requests all calendared deadlines and appearances be vacated.

Good cause appearing, all remaining pretrial deadlines and dates and the trial date are hereby VACATED.

In the event the parties have not filed a stipulation of dismissal by September 27, 2013, the parties are hereby DIRECTED to file on September 27, 2013 a Joint Status Report to apprise the Court on the status of the parties' settlement.

**IT IS SO ORDERED.**

Dated: August 21, 2013

_____
MAXINE M. CHESNEY
United States District Judge