IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TESFAYE BEYENE, <br><br> Defendant. _____/ | No. C-12-5782 MMC <br><br> **ORDER DIRECTING PARTIES TO SUBMIT COPY OF SETTLEMENT AGREEMENT** |

Before the Court is the parties' "Stipulation of Dismissal of Plaintiff's Complaint Against Defendant," filed September 25, 2013.

In said filing, the parties represent that they have entered into a written settlement agreement and request the Court retain jurisdiction over the instant action for purposes of enforcing the agreement. The parties, however, have not submitted a copy of the settlement agreement and, in the absence thereof, the Court declines to retain jurisdiction for the purpose proposed.

Accordingly, the parties are hereby DIRECTED to submit, no later than October 18, 2013, a copy of the settlement agreement.

**IT IS SO ORDERED.**

Dated: October 1, 2013

MAXINE M. CHESNEY
United States District Judge