Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TESFAYE BEYENE, <br><br> Defendant. | CASE NO. 3:12-cv-05782-MMC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TESFAYE BEYENE, individually and d/b/a SHASHAMANE INTERNATIONAL BAR & GRILL A/K/A SHASHAMANE ETHIOPIAN RESTAURANT & LOUNGE |

### AND ORDER THEREON

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant TESFAYE BEYENE, individually and d/b/a SHASHAMANE INTERNATIONAL BAR & GRILL A/K/A SHASHAMANE ETHIOPIAN RESTAURANT & LOUNGE, that the above-entitled action is hereby dismissed **without prejudice** against TESFAYE BEYENE, individually and d/b/a SHASHAMANE INTERNATIONAL BAR & GRILL A/K/A SHASHAMANE ETHIOPIAN RESTAURANT & LOUNGE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by April 26, 2017, the dismissal shall be deemed to be **with prejudice**.

///

STIPULATION OF DISMISSAL
3:12-cv-05782-MMC
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated:  9/25/13

LAW OFFICES OF THOMAS P. RILEY, P.C.
By:  Thomas P. Riley, Esquire
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 9/24/13

GOINS & ASSOCIATES, APLC
By: Veronica Herrera Garcia, Esquire
Attorneys for Defendant
TESFAYE BEYENE, individually and d/b/a
SHASHAMANE INTERNATIONAL BAR & GRILL
A/K/A SHASHAMANE ETHIOPIAN RESTAURANT &
LOUNGE

IT IS SO ORDERED:

The Honorable Maxine M. Chesney
United States District Court
Northern District of California

Dated: October 24, 2013

STIPULATION OF DISMISSAL
3:12-cv-05782-MMC
PAGE 2