Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795

Attorney for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>TESFAYE BEYENE,<br><br>Defendant. | Case No. 3:12-cv-05782-MMC<br><br>ORDER <s>(Proposed)</s><br><br>GRANTING PLAINTIFF'S REQUEST TO STAY ACTION IN LIGHT OF DEFENDANT'S PETITION FOR RELIEF UNDER BANKRUPTCY ACT |

**ORDER** <s>(Proposed)</s>

The above-entitled action is hereby stayed as to defendant Tesfaye Beyene, individually and d/b/a Shashamene International Bar & Grill a/k/a Shashamente Ethiopian Restaurant & Lounge, pending disposition of Plaintiff's claims against <s>this particular</s> defendant in bankruptcy.

**IT IS SO ORDERED:**

_[signature]_
**Honorable Maxine M. Chesney**
**United States District Court**
**Northern District of California**

Date:  December 16, 2014